**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JANE PETERMANN, | : | No. 14 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ROBERT D. KETTERING; KAREN LOUISE | : | |
| KETTERING; KETTERLINE BUILDERS, | : | |
| INC.; AND KETTERLINE, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.